■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALLEN SHAPIRO, Appellant.—Judgment, Supreme Court, New York County, rendered on November 22, 1974, convicting defendant, after trial before Pecora, J., and a jury, of rape in the first degree, sodomy in the first degree and sexual abuse in the third degree, unanimously modified, on the law, to the extent of reversing the conviction for sodomy in the first degree, dismissing that count in the indictment and, as so modified, the judgment is affirmed. The prosecution failed to present evidence corroborating complainant's testimony that defendant had forced her to perform an act of sodomy. Accordingly, the conviction therefor must be reversed and the People so concede. We have examined the other contentions raised by defendant and find them to be without merit. Concur—Markewich, J. P., Murphy, Lupiano, Capozzoli and Lane, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH PETTUS, Appellant.—Judgment, Supreme Court, New York County, rendered October 12, 1973, convicting defendant, after a jury trial, of robbery in the first and second degrees, grand larceny in the third degree (two counts) and possession of a weapon, unanimously modified, on the law, to the extent of reversing defendant's conviction of the crime of possession of a weapon, vacating the one-year sentence imposed thereon and dismissing said count of the indictment. Except as so modified, said judgment is affirmed. The evidence adduced at the trial was insufficient to support the finding that appellant possessed the revolver displayed by the accomplice or that, with the requisite mental culpability, he solicited, requested, commanded, importuned or intentionally aided another in the possession thereof. (Penal Law, § 20.00.) We have examined the other points raised by appellant and find them without merit. Concur—Markewich, J. P., Murphy, Lupiano, Capozzoli and Lane, JJ.